**No. 45860.**—Protests 23483–K, etc., of American Paulin System (Los Angeles).

Opinion by DALLINGER, J. It appeared that the merchandise is aneroid barometers similar to those passed upon in Abstract 44063. The claim at 27½ percent under paragraph 372 was therefore sustained.